IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
RUSSELL R. SUTTON,              *
individually and on behalf      *
of all similarly situated       *
                                *
    Plaintiff,                  *
v.                              *    CIVIL ACTION FILE
                                *    NO. 1:15-CV-04486-RWS
HENNECOLD STORAGE, INC.,        *
                                *
    Defendant.                  *
```

## ORDER

This is an action alleging unpaid wages and overtime, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA"). Pursuant to 29 U.S.C. § 216(b) the compromise of FLSA claims require approval by the Court, when the payment is not made through the Department of Labor. See Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982)(holding a private suit filed by employees requires that the settlement be reviewed and approved by the Court). Therefore, the Parties are seeking this Court's approval of the settlement pertaining to the Plaintiff's FLSA claims.

This Court has reviewed the Settlement Agreement. The Court concludes that the terms of the Settlement Agreement are fair and reasonable. The Court further concludes that the amount for costs and attorneys' fees are reasonable. Therefore, this Court hereby **APPROVES** the Settlement Agreement. This action is hereby **DISMISSED**

**WITH PREJUDICE.**

SO ORDERED, This ___7th___ day of ___Sept.___, 2016.

_____
HONORABLE RICHARD W. STORY, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA